E-FILED 12-22-09

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC, <br><br>      Plaintiff, <br><br>vs. <br><br>MARSHAL8E6, INC., et al. <br><br>      Defendants and Counterclaimants. | Case No. CV 09-6293 PSG (JEMx) <br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** <br><br>[Local Rule 8-3] <br><br>Complaint Filed: August 28, 2009 |

**ORDER OF DISMISSAL WITH PREJUDICE**

      CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Meteora, LLC, and defendant, Barracuda Networks, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

      ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Meteora, LLC, and defendant, Barracuda Networks, Inc., are hereby dismissed with prejudice, subject to the terms

1  of a confidential agreement entitled "PATENTS IN SUIT SETTLEMENT
2  AGREEMENT" and dated December 14, 2009.
3         It is further ORDERED that all attorneys' fees and costs are to be
4  borne by the party that incurred them.
5
6         IT IS SO ORDERED.
7
8
9  DATED:  __12/22/09_____        **PHILIP S. GUTIERREZ**
                                     Honorable Philip S. Gutierrez