André E. Jardini (State Bar No. 71335)
 aej@kpclegal.com
KNAPP, PETERSEN & CLARK
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

John J. Edmonds (pro hac vice)
 jedmonds@cepiplaw.com
Michael J. Collins (pro hac vice)
 mcollins@cepiplaw.com
Henry M. Pogorzelski (pro hac vice)
 hpogorzelski@cepiplaw.com
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

Attorneys for Plaintiff,
**Meteora, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC, | CASE NO.: CV 09-6293 PSG (JEMx) |
| Plaintiff, | |
| vs. | **METEORA'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| MARSHAL8E6, INC., et al. | |
| Defendants and Counterclaimants. | |

- 1 -

The plaintiff, Meteora, LLC, pursuant to Fed.R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims against Proofpoint, Inc. in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled **"SETTLEMENT AGREEMENT AND CONVENANT NOT TO SUE"** and dated December 3, 2009, with each party to bear its own costs and attorneys fees.

Dated: January 8, 2010    COLLINS, EDMONDS
                                                           & POGORZELSKI, PLLC

                                                           /s/ John J. Edmonds
                                                           John J. Edmonds

                                                       Attorneys for Plaintiff
                                                      METEORA, LLC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on January 8, 2010, with a copy of this document via the Court's CM/ECF system. I further certify that, to the best of my knowledge and belief, all parties who have appeared in this case are represented by counsel who are CM/ECF participants.

                                          /s/ John J. Edmonds
                                          John J. Edmonds