```
 1  André E. Jardini (State Bar No. 71335)
     aej@kpclegal.com
 2  KNAPP, PETERSEN & CLARK
 3  550 North Brand Boulevard, Suite 1500
    Glendale, California 91203-1922
 4  Telephone: (818) 547-5000
 5  Facsimile: (818) 547-5329
 6
 7  John J. Edmonds (pro hac vice)
     jedmonds@cepiplaw.com
 8  Michael J. Collins (pro hac vice)
     mcollins@cepiplaw.com
 9  Henry M. Pogorzelski (pro hac vice)
10   hpogorzelski@cepiplaw.com
11  COLLINS, EDMONDS & POGORZELSKI, PLLC
    709 Sabine Street
12  Houston, Texas 77007
13  Telephone: (281) 501-3425
    Facsimile: (832) 415-2535
14
15  Attorneys for Plaintiff,
16  Meteora, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MARSHAL8E6, INC.; SYMANTEC CORPORATION; MESSAGELABS, INC.; MESSAGELABS GROUP LTD.; MESSAGING ARCHITECTS USA, INC.; MESSAGING ARCHITECTS, INC.; MCAFEE, INC.; SECURE COMPUTING CORPORATION; MX LOGIC, INC.; WEBSENSE, INC.; PROOFPOINT, INC.; SONICWALL, INC.; WEBROOT SOFTWARE, INC.; | **Case No.  CV 09-6293 PSG (JEMx)**<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

- 1 -

| | |
|---|---|
| SOPHOS, INC.; SOPHOS PLC; MIRAPOINT, INC.; AXWAY, INC.; TREND MICRO, INC.; PINEAPP CORPORATION; PINEAPP, LTD.; NEMX SOFTWARE CORPORATION; PERIMETER INTERNETWORKING CORPORATION; BARRACUDA NETWORKS, INC., and SENDMAIL, INC., | |
| | Defendants and Counterclaimants |

The plaintiff, Meteora, LLC and defendant, Nemx Software Corporation, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of the settlement agreement, dated February 4, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: February 8, 2010                     Respectfully submitted,

/s/ Marko R. Zoretic                        /s/ John J. Edmonds
Irfan A. Lateef (SBN 204004)                John J. Edmonds (pro hac vice)
irfan.lateef@kmob.com                       jedmonds@cepiplaw.com
Marko R. Zoretic (SBN 233952)               Michael J. Collins (pro hac vice)
marko.zoretic@kmob.com                      mcollins@cepiplaw.com
KNOBBE, MARTENS, OLSON &                    Henry M. Pogorzelski (pro hac vice)
BEAR, LLP                                   hpogorzelski@cepiplaw.com
2040 Main Street                            COLLINS, EDMONDS &
Fourteenth Floor                            POGORZELSKI, PLLC
Irvine, CA 92614                            709 Sabine Street
Phone: (949) 760-0404                       Houston, Texas 77007
Facsimile: (949) 760-9502                   Telephone: (281) 501-3425
                                            Facsimile: (832) 415-2535

Attorneys for Defendant
**Nemx Software Corporation**                Attorneys for Plaintiff,
                                            **Meteora, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of February 2010, with a copy of this document via the Court's CM/ECF system. I further certify that, to the best of my knowledge and belief, all parties who have appeared in this case are represented by counsel who are CM/ECF participants.

/s/ John J. Edmonds
John J. Edmonds