André E. Jardini (State Bar No. 71335)
 aej@kpclegal.com
KNAPP, PETERSEN & CLARK
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

John J. Edmonds (pro hac vice)
 jedmonds@cepiplaw.com
Michael J. Collins (pro hac vice)
 mcollins@cepiplaw.com
Henry M. Pogorzelski (pro hac vice)
 hpogorzelski@cepiplaw.com
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

Attorneys for Plaintiff,
**Meteora, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br><br>MARSHAL8E6, INC.; et al.,<br><br>            Defendants and<br>            Counterclaimants | **Case No.  CV 09-6293 PSG (JEMx)**<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

The plaintiff, Meteora, LLC, and defendant, Axway, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated March 17, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated:   March 31, 2010                    Respectfully submitted,

By:

| /s/ Jonathan E. Singer | /s/ John J. Edmonds |
|---|---|
| Jonathan E. Singer, SBN 187908, singer@fr.com | John J. Edmonds (pro hac vice) jedmonds@cepiplaw.com |
| David A. Gerasimow (pro hac vice) gerasimow@fr.com (MN # 389309) | Michael J. Collins (pro hac vice) mcollins@cepiplaw.com |
| FISH & RICHARDSON P.C. @ Regent Business Centers LA LLC 555 West Fifth Street, 31st Floor Los Angeles, CA 90013 Telephone:  (612) 335-5070 Facsimile:  (612) 288-9696 | Henry M. Pogorzelski (pro hac vice) hpogorzelski@cepiplaw.com COLLINS, EDMONDS & POGORZELSKI, PLLC 709 Sabine Street Houston, Texas 77007 Telephone: (281) 501-3425 Facsimile: (832) 415-2535 |
| Todd G. Miller, SBN 163200, miller@fr.com FISH & RICHARDSON P.C. 12390 El Camino Real San Diego, CA 92130 Telephone:  (858) 678-5070 Facsimile:  (858) 678-5099 | Attorneys for Plaintiff **Meteora, LLC** |

Attorneys for Defendant
**Axway, Inc.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on March 31, 2010, with a copy of this document via the Court's CM/ECF system. I further certify that, to the best of my knowledge and belief, all parties who have appeared in this case are represented by counsel who are CM/ECF participants.

/s/ John J. Edmonds
John J. Edmonds