André E. Jardini (State Bar No. 71335)
 aej@kpclegal.com
KNAPP, PETERSEN & CLARK
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

John J. Edmonds (pro hac vice)
 jedmonds@cepiplaw.com
Michael J. Collins (pro hac vice)
 mcollins@cepiplaw.com
Henry M. Pogorzelski (pro hac vice)
 hpogorzelski@cepiplaw.com
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

Attorneys for Plaintiff,
**Meteora, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br><br>MARSHAL8E6, INC.; ET<br><br>     Defendants and<br>     Counterclaimants | **Case No.  CV 09-6293 PSG (JEMx)**<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

- 1 -

The plaintiff, Meteora, LLC, and defendant, Messaging Architects, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated March 13, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated:   April 1, 2010

Respectfully submitted,

/s/ Keith A. Call
David W. Slaughter (pro hac vice)
Keith A. Call (pro hac vice)
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place
11th Floor
P.O. Box 45000
Salt Lake City, Utah 84145
801-521-9000
Fax: 801-363-0400
*ds@scmlaw.com*
*kcall@scmlaw.com*

Kalpana Srinivasan
**SUSMAN GODFREY LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
310-789-3100
Fax: 310-789-3150
*ksrinivasan@susmangodfrey.com*

**Attorneys for Messaging Architects, USA, Inc. and Messaging Architects, Inc.**

Respectfully submitted,

/s/ John J. Edmonds
John J. Edmonds (pro hac vice)
 jedmonds@cepiplaw.com
Michael J. Collins (pro hac vice)
 mcollins@cepiplaw.com
Henry M. Pogorzelski (pro hac vice)
 hpogorzelski@cepiplaw.com
COLLINS, EDMONDS &
POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

**Attorneys for Plaintiff
Meteora, LLC**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on April 1, 2010, with a copy of this document via the Court's CM/ECF system. I further certify that, to the best of my knowledge and belief, all parties who have appeared in this case are represented by counsel who are CM/ECF participants.

/s/ John J. Edmonds
John J. Edmonds