1  André E. Jardini (State Bar No. 71335)
    aej@kpclegal.com
2  KNAPP, PETERSEN & CLARK
3  550 North Brand Boulevard, Suite 1500
   Glendale, California 91203-1922
4  Telephone: (818) 547-5000
5  Facsimile: (818) 547-5329

6
   John J. Edmonds (pro hac vice)
7   jedmonds@cepiplaw.com
8  Michael J. Collins (pro hac vice)
    mcollins@cepiplaw.com
9  Henry M. Pogorzelski (pro hac vice)
10  hpogorzelski@cepiplaw.com
   COLLINS, EDMONDS & POGORZELSKI, PLLC
11 709 Sabine Street
12 Houston, Texas 77007
   Telephone: (281) 501-3425
13 Facsimile: (832) 415-2535
14
15 Attorneys for Plaintiff,
   **Meteora, LLC**
16

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
19

| METEORA, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>MARSHAL8E6, INC.; SYMANTEC CORPORATION; MESSAGELABS, INC.; MESSAGELABS GROUP LTD.; MESSAGING ARCHITECTS USA, INC.; MESSAGING ARCHITECTS, INC.; MCAFEE, INC.; SECURE COMPUTING CORPORATION; MX LOGIC, INC.; WEBSENSE, INC.; PROOFPOINT, INC.; SONICWALL, INC.; WEBROOT SOFTWARE, INC.; | Case No.  CV 09-6293 PSG (JEMx)<br><br>**NOTICE TO COURT THAT ALL CLAIMS AND COUNTERCLAIMS BETWEEN ALL PARTIES HAVE BEEN DISMISSED, AND REQUEST THAT CASE BE CLOSED AND REMOVED FROM THE COURT'S DOCKET** |
|---|---|

- 1 -

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SOPHOS, INC.; SOPHOS PLC; MIRAPOINT, INC.; AXWAY, INC.; TREND MICRO, INC.; PINEAPP CORPORATION; PINEAPP, LTD.; NEMX SOFTWARE CORPORATION; PERIMETER INTERNETWORKING CORPORATION; BARRACUDA NETWORKS, INC., and SENDMAIL, INC.,<br><br>    Defendants and Counterclaimants |

Plaintiff Meteora, LLC wishes to bring to the Court's attention the fact that all claims and counterclaims of all parties have been dismissed. Plaintiff, therefore, requests that this case be closed and removed from the Court's docket.

All claims, counterclaims and Defendants have been dismissed pursuant to the following docket numbers: Barracuda Networks, Inc. [Dkt No. 213]; Proofpoint, Inc. [Dkt No. 260]; Websense, Inc. [Dkt No. 290], Nemx Software Corporation [Dkt No. 295], SonicWALL, Inc. [Dkt No. 297]; PineApp Corporation and PineApp, Ltd. [Dkt No. 304]; McAfee, Inc, MX Logic LLC (formerly known as MX Logic, Inc.), and Secure Computing LLC (formerly known as Secure Computing Corporation) [Dkt No. 315]; Perimeter Internetworking Corporation [Dkt No. 319]; Axway, Inc. [Dkt No. 323]; Messaging Architects, Inc. [Dkt No. 325]; Sophos Plc and Sophos, Inc. [Dkt No. 326]; Webroot Software, Inc. [Dkt No. 330]; Sendmail, Inc. [Dkt No. 331]; M86 Security, Inc. (f/k/a Marshal 8E6, Inc.) [Dkt No. 335]; Trend Micro, Inc. [Dkt No. 338]; Mirapoint, Inc. (now known as Mirapoint Software, Inc.) [Dkt No. 339]; and Symantec Corporation, Messagelabs Group LTD, and Messagelabs, Inc. [Dkt No. 340]. Because there are no remaining Defendants in the case and all claims and counterclaims have been dismissed, Plaintiff hereby requests that the case be closed and the matter removed from the Court's docket.

| | |
|---|---|
| Dated:   July 6, 2010 | Respectfully submitted,<br><br>s/ *John J. Edmonds*<br>André E. Jardini (State Bar No. 71335)<br> aej@kpclegal.com<br>KNAPP, PETERSEN & CLARK<br>550 North Brand Boulevard, Suite 1500<br>Glendale, California 91203-1922<br>Telephone: (818) 547-5000<br>Facsimile: (818) 547-5329<br><br>John J. Edmonds (pro hac vice)<br> jedmonds@cepiplaw.com<br>Michael J. Collins (pro hac vice)<br> mcollins@cepiplaw.com<br>Henry M. Pogorzelski (pro hac vice)<br> hpogorzelski@cepiplaw.com<br>COLLINS, EDMONDS &<br>POGORZELSKI, PLLC<br>709 Sabine Street<br>Houston, Texas 77007<br>Telephone: (281) 501-3425<br>Facsimile: (832) 415-2535<br><br>Attorneys for Plaintiff<br>**METEORA, LLC** |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record (of which none remain except those for Plaintiff) who are deemed to have consented to electronic service are being served on July 6, 2010, with a copy of this document via the Court's CM/ECF system. I further certify that, to the best of my knowledge and belief, all parties who have appeared in this case were represented by counsel who were CM/ECF participants.

/s/ *John J. Edmonds*  
John J. Edmonds