JS-6
E-FILED: 7-8-10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METEORA, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MARSHAL8E6, INC.; ET<br><br>        Defendants and Counterclaimants | Case No.  CV 09-6293 PSG (JEMx)<br><br>[**PROPOSED**] ORDER DISMISSING ACTION |

The Court is in receipt of a notice filed by plaintiff advising the Court that all claims and counterclaims have been dismissed, and there are no remaining defendants. Accordingly, the Court orders this matter dismissed it its entirety.

**IT IS SO ORDERED.**

DATED: _July 8, 2010_            _____

                                                 Honorable Philip S. Gutierrez