☐ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV09-6293 PSG (JEMx) | DATE FILED | U.S. DISTRICT COURT<br>United States District Court, Central District of California |
|---|---|---|
| **PLAINTIFF**<br>METEORA, LLC | | **DEFENDANT**<br>MARSHAL8E6, INC.; SYMANTEC CORPORATION; MESSAGELABS, INC.; MESSAGELABS GROUP LTD.; MESSAGING ARCHITECTS USA, INC.; MESSAGING ARCHITECTS, INC.; MCAFEE, INC.; SECURE COMPUTING CORPORATION; MX LOGIC, INC.; WEBSENSE, INC.; PROOFPOINT, INC.; SONICWALL, INC.; WEBROOT SOFTWARE, INC.; SOPHOS, INC.; SOPHOS PLC; MIRAPOINT, INC.; AXWAY, INC.; TREND MICRO, INC.; PINEAPP CORPORATION; PINEAPP, LTD.; NEMX SOFTWARE CORPORATION; PERIMETER INTERNETWORKING CORPORATION; BARRACUDA NETWORKS, INC., and SENDMAIL, INC |

FILED 2009 AUG 28 PM 2:07 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,782,510 | August 23, 2004 | John N. Gross and Anthony A. Gross |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached order |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK | DATE<br>JUL - 9 2010 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

American LegalNet, Inc.
www.USCourtForms.com

JS-6
E-FILED: 7-8-10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| METEORA, LLC, | Case No. CV 09-6293 PSG (JEMx) |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER DISMISSING ACTION |
| MARSHAL8E6, INC.; ET | |
| Defendants and Counterclaimants | |

The Court is in receipt of a notice filed by plaintiff advising the Court that all claims and counterclaims have been dismissed, and there are no remaining defendants. Accordingly, the Court orders this matter dismissed it its entirety.

**IT IS SO ORDERED.**

DATED: July 8, 2010

_____
Honorable Philip S. Gutierrez